B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Levanduski, Roger M** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Levanduski, Jennifer L** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6573** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8694** |
| Street Address of Debtor (No. and Street, City, and State):<br>**6133 Brookbank Rd**<br>**Downers Grove, IL**<br>ZIP Code **60516** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**6133 Brookbank Rd**<br>**Downers Grove, IL**<br>ZIP Code **60516** |
| County of Residence or of the Principal Place of Business:<br>**Dupage** | County of Residence or of the Principal Place of Business:<br>**Dupage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7      ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13         of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."          ☐ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(1/08)                                                                                                          Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Levanduski, Roger M** |
|  | **Levanduski, Jennifer L** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ David M Madden**                              **November 30, 2009** |
|  | Signature of Attorney for Debtor(s)                    (Date) |
|  | **David M Madden** |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Levanduski, Roger M** |
| | **Levanduski, Jennifer L** |

**Signatures**

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Roger M Levanduski**
Signature of Debtor  **Roger M Levanduski**

X  **/s/ Jennifer L Levanduski**
Signature of Joint Debtor **Jennifer L Levanduski**

Telephone Number (If not represented by attorney)

**November 30, 2009**
Date

## Signature of Attorney*

X  **/s/ David M Madden**
Signature of Attorney for Debtor(s)

**David M Madden 6280517**
Printed Name of Attorney for Debtor(s)

**David M Madden Law Offices PC**
Firm Name
**PO Box 5658**
**Woodridge, IL 60517-0658**

Address

**Email: dmadden@dmaddenlaw.com**
**(773) 454-9866  Fax: (773) 359-1548**
Telephone Number

**November 30, 2009**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

## Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Roger M Levanduski**
     **Jennifer L Levanduski**                 Case No. _____

                                   Debtor(s)         Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

Software Copyright (c) 1996-2009 Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Roger M Levanduski**
**Roger M Levanduski**

Date:  **November 30, 2009**

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Roger M Levanduski**
       **Jennifer L Levanduski**                      Case No.

                                Debtor(s)            Chapter     **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Jennifer L Levanduski**
                      **Jennifer L Levanduski**

Date:  **November 30, 2009**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger M Levanduski,**
      **Jennifer L Levanduski**
                                    Debtors

Case No. _____

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 161,870.00 | | |
| B - Personal Property | Yes | 4 | 120,600.39 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 156,899.86 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 145,238.14 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,983.96 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,934.89 |
| Total Number of Sheets of ALL Schedules | | 27 | | | |
| Total Assets | | | 282,470.39 | | |
| Total Liabilities | | | | 302,138.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger M Levanduski,**
     **Jennifer L Levanduski**

Case No. _____

                                           ,
Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 22,747.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 22,747.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,983.96 |
| Average Expenses (from Schedule J, Line 18) | 5,934.89 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 9,023.33 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 145,238.14 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 145,238.14 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6A (Official Form 6A) (12/07)

In re  **Roger M Levanduski,**
      **Jennifer L Levanduski**                                            Case No. _____

_____,
                        Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Fee Simple, Residential, Single Family Rental Property 2009 Rock Creek Dr Grand Prairie, TX 75050-2237 Value indicated does not account for significant repairs that must be done to property, including repairs to foundation. Debtors received a repair estimate of $18,950** | | J | 161,870.00 | 142,798.16 |

|  |  | Sub-Total > | 161,870.00 | (Total of this page) |
|  |  | Total > | 161,870.00 | |

**__0__** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Roger M Levanduski,**
     **Jennifer L Levanduski**

Case No. _____

,
               Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | J | 40.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **USAA Checking acct xxxx8025** | J | 79.54 |
| | | **USAA savings account xxxxxx9476** | J | 0.00 |
| | | **Fifth Third Bank checking account xxxxxx9579** | J | 110.19 |
| | | **Fifth Third Bank savings account xxxxxx7362** | J | 50.06 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit plus pre-paid last month's rent regarding lease of 6133 Brookbank Rd, Downers Grove IL; held by landlords Pat and Katie O'Donnell, 13301 Vicky St, Plainfield, IL 60585; security deposit is $3,800, last month's rent is $2,495** | J | 6,295.00 |
| | | **Nicor gas service security deposit** | J | 228.00 |
| | | **Village of Downers Grove deposit for water service** | J | 35.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Televisions (3); Entertainment Centers (2); Stereo Receiver; DVD Player; Speakers (7); Recliner; Coffee Table; End Tables (3); Lamps (7); Computer Equipment; Dinner Table; Dining Chairs (4); Microwave; Refrigerator; Dresser (5); Armoire; Nightstand; Mirror; Bed; Crib** | J | 3,825.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **40 movies; 175 music file downloads on computer hard drive** | J | 375.00 |
| | | **150 Books; 27 pictures** | J | 300.00 |
| 6. Wearing apparel. | | **Miscellaneous wearing apparel, accessories, and shoes for husband, wife, and two children** | J | 950.00 |
| 7. Furs and jewelry. | | **Wedding Rings (2) $50.00; Engagement ring $1,000.00** | J | 1,050.00 |

Sub-Total >      **13,337.79**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re      **Roger M Levanduski,**
    **Jennifer L Levanduski**                                                                    Case No. _____

                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Other miscellaneous mens and womens jewelry (10) | J | 200.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | Scrapbooking supplies; canon digital camera | J | 500.00 |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | | Americo equity indexed annuity, policy xxxx5780 Americo, PO Box 410288, Kansas City, MO 64141-0288 Cash surrender value of $652.99 as of 9/30/09 | W | 652.99 |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | 401(k) from Roger's former employer Four Seasons Account managed by Wells Fargo | H | 33,276.46 |
| | | Primerica Roth IRA acct xxxxx8481 Primerica, PO Box 9662, Providence, RI 02940-9662 | H | 1,496.45 |
| | | Pension, Teacher Retirement System of Texas Account balance of $40,655.81 as of 8/31/09 Teacher Retirement System of Texas, 1000 Red River St, Austin TX 78701-2698 | W | 40,655.81 |
| | | Primerica Roth IRA acct xxxxx8472 Primerica, PO Box 9662, Providence, RI 02940-9662 | W | 1,540.74 |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | X | | | |

                                          Sub-Total >         **78,322.45**
                                     (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Roger M Levanduski,**                                                    Case No. _____
         **Jennifer L Levanduski**
_____ ,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Honda Odyssey, VIN 5FNRL38775B097854; 56,364 miles; NADA clean retail is $19,700, but Debtors believe value is $18,630** | H | 18,630.00 |
| | | **2001 Honda Accord EX, VIN JHMCG56641C011339; 120,000 miles; NADA clean retail is $7,850, but Debtors believe that actual market value is $4,680** | J | 4,680.00 |
| | | | Sub-Total > (Total of this page) | 23,310.00 |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re      **Roger M Levanduski,**                                              Case No. _____
**Jennifer L Levanduski,**
_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Corner office desk; office chair; brother printer/fax** | J | 215.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Dog** | J | 175.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Default judgment in favor of Jennifer, case SC52C0179536, Harris County, TX, dated 1/8/2003, in the amount of $2,374.28, plus costs of $65, at 10% interest, plus costs of execution** | W | 4,040.15 |
| | | **Clarinet (used by Wife in profession as Music Teacher)** | W | 1,200.00 |
| | | **Paid up oil and gas lease, between Debtors (lessors) and Cherokee Horn Energy, LLC (lessee), 5950 Berkshire Ln, Ste 810, Dallas, TX 75225; relating to residential real property located at 2009 Rock Creek Dr, Grand Prairie, TX 75050** | J | Unknown |

|  | |
|---|---|
| Sub-Total > | 5,630.15 |
| (Total of this page) | |
| Total > | 120,600.39 |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                         Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **Roger M Levanduski,**
       **Jennifer L Levanduski**                            Case No. _____

_____ ,

Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      □ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                        $136,875.
   □ 11 U.S.C. §522(b)(2)
   ■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| **Security deposit plus pre-paid last month's rent regarding lease of 6133 Brookbank Rd, Downers Grove IL; held by landlords Pat and Katie O'Donnell, 13301 Vicky St, Plainfield, IL 60585; security deposit is $3,800, last month's rent is $2,495** | **Wyo. Const. 19 § 9; Wyo. Stat. Ann. §§ 1-20-101, 102, 103, 104** | **6,295.00** | **6,295.00** |
| **Household Goods and Furnishings** | | | |
| **Televisions (3); Entertainment Centers (2); Stereo Receiver; DVD Player; Speakers (7); Recliner; Coffee Table; End Tables (3); Lamps (7); Computer Equipment; Dinner Table; Dining Chairs (4); Microwave; Refrigerator; Dresser (5); Armoire; Nightstand; Mirror; Bed; Crib** | **Wyo. Stat. Ann. § 1-20-106(a)(iii)** | **3,825.00** | **3,825.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **150 Books; 27 pictures** | **Wyo. Stat. Ann. § 1-20-106(a)(i)** | **300.00** | **300.00** |
| **Wearing Apparel** | | | |
| **Miscellaneous wearing apparel, accessories, and shoes for husband, wife, and two children** | **Wyo. Stat. Ann. § 1-20-105** | **950.00** | **950.00** |
| **Furs and Jewelry** | | | |
| **Wedding Rings (2) $50.00; Engagement ring $1,000.00** | **Wyo. Stat. Ann. § 1-20-105** | **1,050.00** | **1,050.00** |
| **Annuities** | | | |
| **Americo equity indexed annuity, policy xxxx5780** **Americo, PO Box 410288, Kansas City, MO 64141-0288** **Cash surrender value of $652.99 as of 9/30/09** | **Wyo. Stat. Ann. § 26-15-132** | **652.99** | **652.99** |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k) from Roger's former employer Four Seasons** **Account managed by Wells Fargo** | **Wyo. Stat. Ann. § 1-20-110(a)(i)** **11 U.S.C. § 522(b)(3)(C)** | **33,276.46** **0.00** | **33,276.46** |
| **Primerica Roth IRA acct xxxxx8481** **Primerica, PO Box 9662, Providence, RI 02940-9662** | **Wyo. Stat. Ann. § 1-20-110(a)(i)** **11 U.S.C. § 522(b)(3)(C)** | **1,496.45** **0.00** | **1,496.45** |
| **Pension, Teacher Retirement System of Texas** **Account balance of $40,655.81 as of 8/31/09** **Teacher Retirement System of Texas, 1000 Red River St, Austin TX 78701-2698** | **Wyo. Stat. Ann. § 1-20-110(a)(i)** **11 U.S.C. § 522(b)(3)(C)** **Wyo. Stat. Ann. § 9-3-426** | **40,655.81** **0.00** **0.00** | **40,655.81** |
| **Primerica Roth IRA acct xxxxx8472** **Primerica, PO Box 9662, Providence, RI 02940-9662** | **Wyo. Stat. Ann. § 1-20-110(a)(i)** **11 U.S.C. § 522(b)(3)(C)** | **1,540.74** **0.00** | **1,540.74** |

     __1__   continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6C (Official Form 6C) (12/07) -- Cont.

In re   **Roger M Levanduski,**
      **Jennifer L Levanduski**
                                 ,
                      Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2005 Honda Odyssey, VIN 5FNRL38775B097854; 56,364 miles; NADA clean retail is $19,700, but Debtors believe value is $18,630** | **Wyo. Stat. Ann. § 1-20-106(a)(iv)** | **500.00** | **18,630.00** |
| **2001 Honda Accord EX, VIN JHMCG56641C011339; 120,000 miles; NADA clean retail is $7,850, but Debtors believe that actual market value is $4,680** | **Wyo. Stat. Ann. § 1-20-106(a)(iv)** | **4,300.00** | **4,680.00** |
| **Office Equipment, Furnishings and Supplies** | | | |
| **Corner office desk; office chair; brother printer/fax** | **Wyo. Stat. Ann. § 1-20-106(b)** | **215.00** | **215.00** |
| **Other Personal Property of Any Kind Not Already Listed** | | | |
| **Clarinet (used by Wife in profession as Music Teacher)** | **Wyo. Stat. Ann. § 1-20-106(b)** | **1,200.00** | **1,200.00** |
| | Total: | **96,257.45** | **114,767.45** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re **Roger M Levanduski,**
**Jennifer L Levanduski,**
_____
Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx1505** | | | 5/2007 | | | | | |
| **Capital One Auto Finance** PO Box 260848 Plano, TX 75026-0848 | | H | **Purchase Money Security** **2005 Honda Odyssey, VIN 5FNRL38775B097854; 56,364 miles; NADA clean retail is $19,700, but Debtors believe value is $18,630** | | | | | |
| | | | Value $              18,630.00 | | | | 14,101.70 | 0.00 |
| Account No. | | | Security Deposit | | | | | |
| **Nicor Gas** PO Box 2020 Aurora, IL 60507-2020 | | J | **Nicor gas service security deposit** | | | | | |
| | | | Value $              228.00 | | | | 0.00 | 0.00 |
| Account No. | | | Security Deposit **Security deposit plus pre-paid last month's rent regarding lease of 6133 Brookbank Rd, Downers Grove IL; held by landlords Pat and Katie O'Donnell, 13301 Vicky St, Plainfield, IL 60585; security deposit is $3,800, last month's rent is $2,49** | | | | | |
| **Pat and Katie O'Donnell** 13301 Vicky St Plainfield, IL 60585 | | J | | | | | | |
| | | | Value $              6,295.00 | | | | Unknown | Unknown |
| Account No. | | | Village of Downers Grove deposit for water service | | | | | |
| **Village of Downers Grove** 801 Burlington Ave Downers Grove, IL 60515 | | J | | | | | | |
| | | | Value $              35.00 | | | | 0.00 | 0.00 |

**  1  ** continuation sheets attached

Subtotal
(Total of this page)

| 14,101.70 | 0.00 |
|---|---|

B6D (Official Form 6D) (12/07) - Cont.

In re **Roger M Levanduski,**
    **Jennifer L Levanduski**
_____ ,
               Debtors

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxx6989** | | | **6/2003** **First Mortgage** | | | | | |
| **Wells Fargo Home Mortgage** **PO Box 10335** **Des Moines, IA 50306** | | J | **Fee Simple, Residential, Single Family Rental Property** **2009 Rock Creek Dr** **Grand Prairie, TX 75050-2237** **Value indicated does not account for significant repairs that must be done to** | | | | | |
| | | | Value $         **161,870.00** | | | | **142,798.16** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  1  of  1  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **142,798.16** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **156,899.86** | **0.00** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re    **Roger M Levanduski,**                                                    Case No. _____
         **Jennifer L Levanduski,**
_____ ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07)

In re    **Roger M Levanduski,**    Case No. _____
**Jennifer L Levanduski,**
_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxxxxx6349<br><br>**Accelerated Receivables Solutions**<br>**PO Box 70**<br>**Scottsbluff, NE 69363-0070** | | | W | | Collections agency<br>**Original creditor: Regional West Med Center** | | | | 214.26 |
| Account No. xxxxxx000A<br><br>**American Collection Systems Inc**<br>**Post Office Box 1289**<br>**Laramie, WY 82073** | | H | | | Collections agency<br>**Original creditor: St Johns Medical Center**<br>**Medical services** | | | | 483.00 |
| Account No. xxxxxx0001<br><br>**American Collection Systems Inc**<br>**Post Office Box 1289**<br>**Laramie, WY 82073** | | H | | | Collections agency<br>**Original creditor: St Johns Medical Center**<br>**Medical services** | | | | 326.00 |
| Account No. xxxxxx7565<br><br>**American Collection Systems Inc**<br>**Post Office Box 1289**<br>**Laramie, WY 82073** | | | W | | Collections agency<br>**Original creditor: St Johns Medical Center**<br>**Medical services** | | | | 84.00 |

| | Subtotal<br>(Total of this page) | 1,107.26 |
|---|---|---|

__11__  continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger M Levanduski,**
       **Jennifer L Levanduski**                                                    Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Contract rejection, cellular telephone service | | | | |
| AT&T Wireless Services Inc Bankruptcy Department PO Box 309 Portland, OR 97207-0309 | | J | | | | | Unknown |
| Account No. | | | Rejection of pet health care contract | | | | |
| Banfield The Pet Hospital 2685 West Hillcrest Dr Thousand Oaks, CA 91320 | | J | | | | | Unknown |
| Account No. xxxx-xxxx-xxxx-8667 | | | Credit card purchases | | | | |
| Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | J | | | | | 6,263.59 |
| Account No. xxx5323 | | | Collections agency Original Creditor: Women's Health Center of Jackson | | | | |
| Bonneville Billing Collections Inc PO Box 150621 Ogden, UT 84415-0621 | | W | | | | | 1,412.00 |
| Account No. xxx5317 | | | Collections agency Original creditor: Womens Health Center of Jackson | | | | |
| Bonneville Billing Collections Inc PO Box 150621 Ogden, UT 84415-0621 | | W | | | | | 244.89 |

Sheet no. __1___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,920.48**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger M Levanduski,**
    **Jennifer L Levanduski**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx5400**<br><br>Bonneville Billing Collections Inc<br>PO Box 150621<br>Ogden, UT 84415-0621 | | W | Collections agency<br>Original creditor: Womens Health Center of Jackson | | | | 305.00 |
| Account No. **xxx9316**<br><br>Bonneville Billing Collections Inc<br>PO Box 150621<br>Ogden, UT 84415-0621 | | W | Collections agency<br>Original creditor: Grand Anesthesiology PC | | | | 81.00 |
| Account No. **xxx2580**<br><br>Bonneville Billing Collections Inc<br>PO Box 150621<br>Ogden, UT 84415-0621 | | J | Collections agency<br>Original creditor: Jackson Whole Family Health | | | | 131.20 |
| Account No. **xxxxx07-35**<br><br>CAC Financial Corp<br>2601 NW Expressway<br>Suite 1000 East<br>Oklahoma City, OK 73112-7236 | | W | Collections agency<br>Original creditor: Maternal Fetal Svcs of Utah LLC | | | | 285.27 |
| Account No. **xxxxxx3100**<br><br>Caine & Weiner<br>PO Box 5010<br>Woodland Hills, CA 91365-5010 | | W | Collections agency<br>Other creditor: LA Times | | | | 24.75 |

Sheet no. __2__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    827.22

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Roger M Levanduski,**
**Jennifer L Levanduski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-5837** | | | | Credit card purchases | | | | |
| **Chase Card Services** **PO Box 94014** **Palatine, IL 60094-4014** | | H | | | | | | **5,159.00** |
| Account No. | | | | | | | | |
| **Zwicker & Associates PC** **80 Minuteman Rd** **Andover, MA 01810-1008** | | | | Regarding claim by Chase Card Services | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-6754** | | | | Credit card purchases | | | | |
| **Chase Card Services** **PO Box 94014** **Palatine, IL 60094-4014** | | H | | | | | | **12,324.94** |
| Account No. | | | | | | | | |
| **Zwicker & Associates PC** **80 Minuteman Rd** **Andover, MA 01810-1008** | | | | Regarding claim by Chase Card Services | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-0258** | | | | Credit card purchases | | | | |
| **Chase Card Services** **PO Box 94014** **Palatine, IL 60094-4014** | | H | | | | | | **10,119.32** |

Sheet no. **3** of **11** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**27,603.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger M Levanduski,**
        **Jennifer L Levanduski**                                              Case No. _____

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Regarding claim by Chase Card Services | | | | |
| Zwicker & Associates PC 80 Minuteman Rd Andover, MA 01810-1008 | | | | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-6265 | | | Credit card purchases | | | | |
| Chase Card Services PO Box 94014 Palatine, IL 60094-4014 | | H | | | | | 15,730.02 |
| Account No. | | | Regarding claim by Chase Card Services | | | | |
| Zwicker & Associates PC 80 Minuteman Rd Andover, MA 01810-1008 | | | | | | | Notice Only |
| Account No. xxxx-xxxx-xxxx-7540 | | | Credit card purchases | | | | |
| Chase Card Services PO Box 94014 Palatine, IL 60094-4014 | | W | | | | | 218.00 |
| Account No. xxxx-xxxx-xxxx-2652 | | | Credit card purchases | | | | |
| Chase Card Services PO Box 94014 Palatine, IL 60094-4014 | | H | | | | | 7,143.33 |

Sheet no. __4__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **23,091.35**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger M Levanduski,**
       **Jennifer L Levanduski**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mann Bracken LLP** **2727 Paces Ferry Road** **One Paces West, Suite 1400** **Atlanta, GA 30339** | | | **Regarding claim by** **Chase Card Services** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Palisades Collection LLC** **PO Box 1244** **Englewood Cliffs, NJ 07632** | | | **Regarding claim by** **Chase Card Services** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-8721** | W | | **Credit card purchases** | | | | |
| **Citi Cards** **Box 6000** **The Lakes, NV 89163-6000** | | | | | | | **4,380.00** |
| Account No. **xxxxxx9051** | J | | **Store charge card purchases** | | | | |
| **Citi Cards Sears** **P.O. Box 6923** **The Lakes, NV 88901** | | | | | | | **9.00** |
| Account No. **xxxxxx74-41** | H | | **Collections agency** **Original creditor: Jackson Hole Medical Imaging** | | | | |
| **CollectionCenter Inc** **406 6th St** **Rawlins, WY 82301** | | | | | | | **87.00** |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,476.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger M Levanduski,**
        **Jennifer L Levanduski**
_____,
Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx96-30**<br><br>**CollectionCenter Inc**<br>**406 6th St**<br>**Rawlins, WY 82301** | | H | **Collections agency**<br>**Original creditor: Urgent Care of Jackson Hole** | | | | **46.34** |
| Account No.<br><br>**Comcast**<br>**1701 John F Kennedy Boulevard**<br>**One Comcast Center**<br>**Philadelphia, PA 19103** | | J | **Rejection of cable television and internet contract** | | | | **Unknown** |
| Account No.<br><br>**DIRECTV**<br>**2230 East Imperial Highway**<br>**El Segundo, CA 90245** | | J | **Rejection of satellite television contract** | | | | **Unknown** |
| Account No.<br><br>**Doris Anne Levanduski**<br>**448 Geraldine Drive**<br>**Coventry, CT 06248** | | H | **Family loan made to Husband November 1997** | | | | **33,068.49** |
| Account No. **xxxx-x070-7**<br><br>**FedEx Corporation, US Collections**<br>**PO Box 94515**<br>**Palatine, IL 60094-4515** | | H | **Shipping services** | | | | **104.53** |

Sheet no. __6__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**33,219.36**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger M Levanduski,**
        **Jennifer L Levanduski**
_____,
                              Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCO Financial Systems Inc** <br> **PO Box 510950** <br> **New Berlin, WI 53151-0950** | | | **Regarding claim by** <br> **FedEx Corporation, US Collections** | | | | **Notice Only** |
| Account No. **xxxx-xxxx-xxxx-2242** <br><br> **HSBC Card Services** <br> **PO Box 80026** <br> **Salinas, CA 93912-0026** | | H | **Credit card purchases** | | | | **7,243.00** |
| Account No. <br><br> **Hunt & Henriques** <br> **151 Bernal Rd** <br> **Suite 8** <br> **San Jose, CA 95119-1306** | | | **Regarding claim by** <br> **HSBC Card Services** | | | | **Notice Only** |
| Account No. **xxxxxxxxxxx4219** <br><br> **HSBC Retail Services** <br> **PO Box 15521** <br> **Wilmington, DE 19850-5521** | | H | **Store charge card purchases** | | | | **680.31** |
| Account No. <br><br> **HSBC Retail Svcs Collections Dept** <br> **PO Box 5244** <br> **Carol Stream, IL 60197-5244** | | | **Regarding claim by** <br> **HSBC Retail Services** | | | | **Notice Only** |

Sheet no. __7__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,923.31**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger M Levanduski,**
    **Jennifer L Levanduski**                                      Case No. _____

_____ ,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5651**<br><br>**HSBC Retail Services**<br>**PO Box 15521**<br>**Wilmington, DE 19850-5521** | | W | Store charge card purchases | | | | 1,290.79 |
| Account No. **xxxxxxx-xxx-xx0-P92**<br><br>**IC System Inc**<br>**PO Box 64138**<br>**Saint Paul, MN 55164-0138** | | H | Collections agency | | | | 100.59 |
| Account No.<br><br>**Paypal**<br>**PO Box 45950**<br>**Omaha, NE 68145-0950** | | | Regarding claim by IC System Inc | | | | Notice Only |
| Account No. **xxxxxxx6685**<br><br>**Illinois Tollway**<br>**PO Box 5201**<br>**Lisle, IL 60532-5201** | | H | Tollway violations | | | X | 124.60 |
| Account No. **xxxxxx2606**<br><br>**International Recovery Systems**<br>**1562 Parkway Loop**<br>**Suite D**<br>**Tustin, CA 92780** | | H | Dental services<br>Original creditor: Linda M Tincher DDS, Tincher Family | | | | 148.90 |

Sheet no. __8__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,664.88**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
                                                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Roger M Levanduski,**
        **Jennifer L Levanduski**                                      Case No. _____
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**M Leonard & Associates**<br>**14520 Erwin St**<br>**Van Nuys, CA 91411** | | J | **Collections agency**<br>**Original creditor: Community Medical Group** | | | | 33.00 |
| Account No.<br><br>**Michael and Melissa Boyle**<br>**3610 Lariat Rd**<br>**Park City, UT 84098** | | J | **Judgment, Case 2009SC5822, DuPage County, IL** | | | | 4,041.92 |
| Account No.<br><br>**Wayne M. Cuchna, Ltd.**<br>**1776A Naperville Road, Suite 200**<br>**Wheaton, IL 60189** | | | **Regarding claim by**<br>**Michael and Melissa Boyle** | | | | Notice Only |
| Account No. **xxxxxx8QQ0**<br><br>**NCO Financial Systems Inc**<br>**PO Box 15630**<br>**Wilmington, DE 19850** | | H | **Collections agency**<br>**Other creditor: Credit First**<br>**Other creditor: Firestone** | | | | 99.82 |
| Account No.<br><br>**Client Services Inc**<br>**3451 Harry Truman Blvd**<br>**Saint Charles, MO 63301-4047** | | | **Regarding claim by**<br>**NCO Financial Systems Inc** | | | | Notice Only |

Sheet no. __9___ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **4,174.74**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Roger M Levanduski,**
    **Jennifer L Levanduski**
                                                   ,     Case No. _____
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx3952**<br><br>**OCS Recovery, Inc**<br>**109-A So Main St**<br>**Lake Elsinore, CA 92530-4108** | - | | **Collections agency**<br>**Original Creditor: St Johns Med Cntr** | | | | 125.60 |
| Account No. **xxxxxx4879**<br><br>**OCS Recovery, Inc**<br>**109-A So Main St**<br>**Lake Elsinore, CA 92530-4108** | H | | **Collections agency**<br>**Original creditor: St John's Med Ctr** | | | | 951.00 |
| Account No. **xxxxxx0191**<br><br>**Robert Freeman DDS**<br>**4685 Lakeview Canyon Rd**<br>**Westlake Village, CA 91361-4028** | H | | **Dental services** | | | | 86.00 |
| Account No. **xxxx-xxxx-xxxx-8143**<br><br>**USAA Credit Card Services**<br>**PO Box 65020**<br>**San Antonio, TX 78265-5020** | J | | **Credit card purchases** | | | | 3,273.84 |
| Account No. **xxxx-xxxx-xxxx-5296**<br><br>**USAA Credit Card Services**<br>**PO Box 65020**<br>**San Antonio, TX 78265-5020** | J | | **Credit card purchases** | | | | 3,173.84 |

Sheet no. __**10**__ of __**11**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,610.28**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Roger M Levanduski,**
    **Jennifer L Levanduski**     Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxx2094** | | | | Credit card | | | | |
| **USAA Federal Savings Bank** **10750 McDermott Freeway** **San Antonio, TX 78288-9876** | J | | | | | | X | 2,873.00 |
| Account No. **xxxxx-x3458** | | | | Student loan | | | | |
| **Wells Fargo Education Fin Svcs** **PO Box 5185** **Sioux Falls, SD 57117-5185** | H | | | | | | | 21,835.00 |
| Account No. **xxxxxx0101** | | | | Student loan | | | | |
| **Wells Fargo Education Fin Svcs** **PO Box 5185** **Sioux Falls, SD 57117-5185** | H | | | | | | | 912.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **25,620.00**

Total
(Report on Summary of Schedules)     **145,238.14**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Roger M Levanduski,**                                    Case No. _____
         **Jennifer L Levanduski**
_____,
                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **AT&T Wireless Services Inc**<br>**Bankruptcy Department**<br>**PO Box 309**<br>**Portland, OR 97207-0309** | **Cell phone contract** |
| **Banfield The Pet Hospital**<br>**2685 West Hillcrest Dr**<br>**Thousand Oaks, CA 91320** | **Optimum Wellness Plan Health Care Agreement**<br>**for pet health services** |
| **Comcast**<br>**1701 John F Kennedy Boulevard**<br>**One Comcast Center**<br>**Philadelphia, PA 19103** | **Cable television and internet** |
| **DIRECTV**<br>**2230 East Imperial Highway**<br>**El Segundo, CA 90245** | **Satellite television service contract** |
| **Pat and Katie O'Donnell**<br>**13301 Vicky St**<br>**Plainfield, IL 60585** | **Lease of residential real property 6133**<br>**Brookbank, Downers Grove, IL 60516** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **Roger M Levanduski,**                                                    Case No. _____
         **Jennifer L Levanduski**
_____,
                              Debtors

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re   **Roger M Levanduski**
**Jennifer L Levanduski**                                    Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Daughter** | AGE(S):<br>**2**<br>**5** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Accountant** | |
| Name of Employer | **Elysian Hotel** | |
| How long employed | **7 months** | |
| Address of Employer | **11 E Walton St**<br>**Chicago, IL 60611** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **7,500.00** | $ | **0.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **7,500.00** | $ | **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,342.32** | $ | **0.00** |
| b. Insurance | $ | **173.72** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,516.04** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **5,983.96** | $ | **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income (Specify): _____ | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **5,983.96** | $ | **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,983.96** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re   **Roger M Levanduski**                                                    Case No. _____
_____**Jennifer L Levanduski**_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,100.00 |
| a. Are real estate taxes included?           Yes ____           No **X** | | |
| b. Is property insurance included?           Yes ____           No **X** | | |
| 2. Utilities:       a. Electricity and heating fuel | $ | 198.00 |
|                         b. Water and sewer | $ | 70.00 |
|                         c. Telephone | $ | 148.00 |
|                         d. Other   **See Detailed Expense Attachment** | $ | 118.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 900.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 35.00 |
| 7. Medical and dental expenses | $ | 240.00 |
| 8. Transportation (not including car payments) | $ | 808.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 165.00 |
| 10. Charitable contributions | $ | 50.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                         a. Homeowner's or renter's | $ | 31.75 |
|                         b. Life | $ | 0.00 |
|                         c. Health | $ | 0.00 |
|                         d. Auto | $ | 90.00 |
|                         e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                         a. Auto | $ | 497.86 |
|                         b. Other _____ | $ | 0.00 |
|                         c. Other _____ | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 333.28 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,934.89 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 5,983.96 |
| b.   Average monthly expenses from Line 18 above | $ | 5,934.89 |
| c.   Monthly net income (a. minus b.) | $ | 49.07 |

B6J (Official Form 6J) (12/07)

In re __Roger M Levanduski__
__Jennifer L Levanduski__                                      Case No. _____
                          Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---:|
| **Cable TV** | $ | **55.00** |
| **Internet** | $ | **45.00** |
| **Trash** | $ | **18.00** |
| **Total Other Utility Expenditures** | $ | **118.00** |

**Other Expenditures:**

| | | |
|---|---|---:|
| **Student loan payment** | $ | **163.28** |
| **Gifts for children** | $ | **25.00** |
| **Gym membership** | $ | **30.00** |
| **Personal care** | $ | **75.00** |
| **Pet** | $ | **20.00** |
| **School supplies, PTA** | $ | **20.00** |
| **Total Other Expenditures** | $ | **333.28** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Roger M Levanduski**
**Jennifer L Levanduski**

Debtor(s)

Case No. _____

Chapter  **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**29**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November 30, 2009** _____

Signature  **/s/ Roger M Levanduski** _____
**Roger M Levanduski**
Debtor

Date  **November 30, 2009** _____

Signature  **/s/ Jennifer L Levanduski** _____
**Jennifer L Levanduski**
Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   <u>Roger M Levanduski</u>
      <u>Jennifer L Levanduski</u>

                                                        Debtor(s)

Case No. _____

Chapter   **7**   _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $20,353.83 | 2009, Husband, employment at Westlake Wellbeing Properties, LLC, Westlake Village, CA |
| $22,153.86 | 2009, Husband, Elysian Hotel Chicago |
| $20,076.93 | 2009 YTD, Husband, EHC Employment Company, Chicago |
| $2,040.00 | 2009, Wife, operation of Miss Jennifer's Day Care |
| $79,415.16 | 2008, Husband, employment at Four Seasons - Westlake |
| $15,633.34 | 2008, Husband, employment at Four Seasons - Jackson Hole |
| $1,950.00 | 2008, Wife, operation of Miss Jennifer's Day Care |

2

| AMOUNT | SOURCE |
|---|---|
| **$80,692.28** | **2007, Husband, employment at Four Seasons - Jackson Hole** |
| **$9,720.00** | **2007, Wife, employment at Teton County School District, Grand Teton Music Festival Teacher** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

**3. Payments to creditors**

None
☐

*Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Capital One Auto Finance**<br>**PO Box 260848**<br>**Plano, TX 75026-0848** | **9/10/09, 10/13/09, 11/10/09** | **$1,493.58** | **$14,101.70** |
| **Pat and Katie O'Donnell**<br>**13301 Vicky St**<br>**Plainfield, IL 60585** | **9/1/09, 10/1/09, 11/30/09** | **$9,190.00** | **$0.00** |
| **USAA Credit Card Services**<br>**PO Box 65020**<br>**San Antonio, TX 78265-5020** | **9/4/09, 9/18/09, 11/8/09** | **$9,805.84** | **$3,273.84** |

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Doris Anne Levanduski**<br>**448 Geraldine Drive**<br>**Coventry, CT 06248**<br>   **Husband's mother** | **Monthly, $100 per month** | **$1,200.00** | **$33,068.49** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Boyle v Levanduski, Case 2009SC5822** | **Alleged breach of lease relating to property located at 1216 Suffolk, Naperville, IL** | **DuPage County, IL** | **Judgment in favor of plaintiff entered 9/15/09, in amount of $3,414.92, plus costs of $277 and attorney fees of $350** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

4

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐
List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David M Madden Law Offices PC PO Box 5658 Woodridge, IL 60517-0658** | **10/22/2009** | **$1,501.00** |

**10. Other transfers**

None
☐
a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Cherokee Horn Energy, LLC 5950 Berkshire Ln, Ste 810 Dallas, TX 75225**  **Lessee** | **May 2008** | **Paid up oil and gas lease, between Debtors (lessors) and lessee relating to residential real property located at 2009 Rock Creek Dr, Grand Prairie, TX 75050** |

None
■
b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■
List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **478 Fallbrook Ave, Newbury Park, CA 91320** | **Roger M Levanduski and Jennifer L Levanduski** | **01/08 - 04/09** |
| **895 Whitehouse Dr, Jackson, WY 83002** | **Roger M Levanduski and Jennifer L Levanduski** | **03/06 - 01/08** |
| **1325 S Hwy 89 #216, Jackson WY 83001** | **Roger M Levanduski and Jennifer L Levanduski** | **06/05 - 02/06** |

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

6

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Miss Jennifer's Day Care** | xxx-xx-8694 | **478 Fallbrook Ave Newbury Park, CA 91320** | **Day Care** | **10/2008 to 2/2009** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ■  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                             DATES SERVICES RENDERED

None    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books
■       of account and records, or prepared a financial statement of the debtor.

NAME                        ADDRESS                         DATES SERVICES RENDERED

None    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records
■       of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was
■       issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

**20. Inventories**

None    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory,
■       and the dollar amount and basis of each inventory.

DATE OF INVENTORY              INVENTORY SUPERVISOR              DOLLAR AMOUNT OF INVENTORY
                                                                (Specify cost, market or other basis)

None    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.
■

DATE OF INVENTORY                               NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.
■

NAME AND ADDRESS                        NATURE OF INTEREST              PERCENTAGE OF INTEREST

None    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns,
■       controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                        TITLE                           NATURE AND PERCENTAGE
                                                                        OF STOCK OWNERSHIP

**22 . Former partners, officers, directors and shareholders**

None    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the
■       commencement of this case.

NAME                        ADDRESS                         DATE OF WITHDRAWAL

None    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year**
■       immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                           DATE OF TERMINATION

8

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **November 30, 2009**              Signature   **/s/ Roger M Levanduski**
                                                      **Roger M Levanduski**
                                                      Debtor

Date  **November 30, 2009**              Signature   **/s/ Jennifer L Levanduski**
                                                      **Jennifer L Levanduski**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Roger M Levanduski**
**Jennifer L Levanduski**
_____    Case No. _____
Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,501.00** |
| Prior to the filing of this statement I have received | $ | **1,501.00** |
| Balance Due | $ | **0.00** |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor    ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor    ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.    [Other provisions as needed]
**\* Credit report expense**
**\* Credit counseling course expense**
**\* Financial management course expense**
**\* Advise you of the information you must provide to the Firm in order to allow the Firm to provide appropriate advice and information about your options.**
**\* Review and analyze your financial circumstances based on information that you provide.**
**\* Advise you of your legal options, including bankruptcy and non-bankruptcy legal options, based on the information that you provide.**
**\* Determine whether you qualify for relief under Chapter 7 and/or Chapter 13 of the Bankruptcy Code.**
**\* Describe relief available under Chapter 7 or Chapter 13, and how the bankruptcy process works.**
**\* Advise you of the requirements for filing a Chapter 7 or Chapter 13 bankruptcy, including your duties connected with such filing.**
**\* Prepare, review with you, and file a bankruptcy petition, bankruptcy schedules and statement of financial affairs.**
**\* Represent you at the Meeting of Creditors.**
**\* Negotiate with creditors and review reaffirmation agreements, if applicable.**
**\* Provide copies of notices required by the Bankruptcy Code and the Bankruptcy Court.**
**\* Such other services that attorneys ordinarily provide to debtors in uncontested Chapter 7 cases, including appearance at routine court hearings, communication with opposing counsel and parties in interest, and preparation of routine legal documents.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
**\* Revision or amendment of bankruptcy petition, schedules, statement of financial affairs, or other documents due to your not providing complete and accurate information.**
**\* Response to challenge to Chapter 7 filing as an alleged violation of the Means Test or other alleged substantial abuse.**
**\* Responses to motions for relief from the automatic stay.**

In re   **Roger M Levanduski**
       **Jennifer L Levanduski**
                                                                Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**\* Responses to objections to discharge or dischargeability.**
**\* Responses to objections to claimed exemptions.**
**\* Representing you in connection with any deposition or examination other than the Meeting of Creditors.**
**\* Obtaining orders of abandonment.**
**\* Motions or agreements to redeem property.**
**\* Defending actions taken by unscheduled and/or discharged creditors or parties in interest.**
**\* Handling credit reporting agency issues.**
**\* Any other matter not specifically described in the Basic Services and/or Chapter 7 Services.**

| **CERTIFICATION** |
|---|
| I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.<br><br>Dated:   **November 30, 2009** _____   **/s/ David M Madden** _____<br>**David M Madden**<br>**David M Madden Law Offices PC**<br>**PO Box 5658**<br>**Woodridge, IL 60517-0658**<br>**(773) 454-9866  Fax: (773) 359-1548**<br>**dmadden@dmaddenlaw.com** |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Roger M Levanduski**
**Jennifer L Levanduski**                                           Case No.
                                        Debtor(s)                  Chapter    **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                                **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **November 30, 2009**              **/s/ Roger M Levanduski**
                                            **Roger M Levanduski**
                                            Signature of Debtor

Date:    **November 30, 2009**              **/s/ Jennifer L Levanduski**
                                            **Jennifer L Levanduski**
                                            Signature of Debtor

David M Madden
David M Madden Law Offices PC
PO Box 5658
Woodridge, IL 60517-0658

Roger M Levanduski
Jennifer L Levanduski
6133 Brookbank Rd
Downers Grove, IL 60516

Accelerated Receivables Solutions
Acct No xxxxxx6349
PO Box 70
Scottsbluff, NE 69363-0070

American Collection Systems Inc
Acct No xxxxxx000A
Post Office Box 1289
Laramie, WY 82073

American Collection Systems Inc
Acct No xxxxxx0001
Post Office Box 1289
Laramie, WY 82073

American Collection Systems Inc
Acct No xxxxxx7565
Post Office Box 1289
Laramie, WY 82073

AT&T Wireless Services Inc
Bankruptcy Department
PO Box 309
Portland, OR 97207-0309

AT&T Wireless Services Inc
Bankruptcy Department
PO Box 309
Portland, OR 97207-0309

Banfield The Pet Hospital
2685 West Hillcrest Dr
Thousand Oaks, CA 91320

Banfield The Pet Hospital
2685 West Hillcrest Dr
Thousand Oaks, CA 91320

Bank of America
Acct No xxxx-xxxx-xxxx-8667
PO Box 15026
Wilmington, DE 19850-5026

Bonneville Billing Collections Inc
Acct No xxx5323
PO Box 150621
Ogden, UT 84415-0621

Bonneville Billing Collections Inc
Acct No xxx5317
PO Box 150621
Ogden, UT 84415-0621

Bonneville Billing Collections Inc
Acct No xxx5400
PO Box 150621
Ogden, UT 84415-0621

Bonneville Billing Collections Inc
Acct No xxx9316
PO Box 150621
Ogden, UT 84415-0621

Bonneville Billing Collections Inc
Acct No xxx2580
PO Box 150621
Ogden, UT 84415-0621

CAC Financial Corp
Acct No xxxxx07-35
2601 NW Expressway
Suite 1000 East
Oklahoma City, OK 73112-7236

Caine & Weiner
Acct No xxxxxx3100
PO Box 5010
Woodland Hills, CA 91365-5010

Capital One Auto Finance
Acct No xxxxxxxxx1505
PO Box 260848
Plano, TX 75026-0848

Chase Card Services
Acct No xxxx-xxxx-xxxx-5837
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services
Acct No xxxx-xxxx-xxxx-6754
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services
Acct No xxxx-xxxx-xxxx-0258
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services
Acct No xxxx-xxxx-xxxx-6265
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services
Acct No xxxx-xxxx-xxxx-7540
PO Box 94014
Palatine, IL 60094-4014

Chase Card Services
Acct No xxxx-xxxx-xxxx-2652
PO Box 94014
Palatine, IL 60094-4014

Citi Cards
Acct No xxxx-xxxx-xxxx-8721
Box 6000
The Lakes, NV 89163-6000

Citi Cards Sears
Acct No xxxxxx9051
P.O. Box 6923
The Lakes, NV 88901

Client Services Inc
Acct No xxxxxx8QQ0
3451 Harry Truman Blvd
Saint Charles, MO 63301-4047

CollectionCenter Inc
Acct No xxxxxx74-41
406 6th St
Rawlins, WY 82301

CollectionCenter Inc
Acct No xxxxxx96-30
406 6th St
Rawlins, WY 82301

Comcast
1701 John F Kennedy Boulevard
One Comcast Center
Philadelphia, PA 19103

Comcast
1701 John F Kennedy Boulevard
One Comcast Center
Philadelphia, PA 19103

DIRECTV
2230 East Imperial Highway
El Segundo, CA 90245

DIRECTV
2230 East Imperial Highway
El Segundo, CA 90245

Doris Anne Levanduski
448 Geraldine Drive
Coventry, CT 06248

FedEx Corporation, US Collections
Acct No xxxx-x070-7
PO Box 94515
Palatine, IL 60094-4515

HSBC Card Services
Acct No xxxx-xxxx-xxxx-2242
PO Box 80026
Salinas, CA 93912-0026

HSBC Retail Services
Acct No xxxxxxxxxxxx4219
PO Box 15521
Wilmington, DE 19850-5521

HSBC Retail Services
Acct No xxxxxxxxxxxx5651
PO Box 15521
Wilmington, DE 19850-5521

HSBC Retail Svcs Collections Dept
Acct No xxxxxxxxxxxx4219
PO Box 5244
Carol Stream, IL 60197-5244

Hunt & Henriques
Acct No xxxx-xxxx-xxxx-2242
151 Bernal Rd
Suite 8
San Jose, CA 95119-1306

IC System Inc
Acct No xxxxxxxx-xxx-xx0-P92
PO Box 64138
Saint Paul, MN 55164-0138

Illinois Tollway
Acct No xxxxxxx6685
PO Box 5201
Lisle, IL 60532-5201

International Recovery Systems
Acct No xxxxxx2606
1562 Parkway Loop
Suite D
Tustin, CA 92780

M Leonard & Associates
14520 Erwin St
Van Nuys, CA 91411

Mann Bracken LLP
Acct No xxxx-xxxx-xxxx-2652
2727 Paces Ferry Road
One Paces West, Suite 1400
Atlanta, GA 30339

Michael and Melissa Boyle
3610 Lariat Rd
Park City, UT 84098

NCO Financial Systems Inc
Acct No xxxxxx8QQ0
PO Box 15630
Wilmington, DE 19850

NCO Financial Systems Inc
Acct No xxxx-x070-7
PO Box 510950
New Berlin, WI 53151-0950

Nicor Gas
PO Box 2020
Aurora, IL 60507-2020

OCS Recovery, Inc
Acct No xxxxxx3952
109-A So Main St
Lake Elsinore, CA 92530-4108

OCS Recovery, Inc
Acct No xxxxxx4879
109-A So Main St
Lake Elsinore, CA 92530-4108

Palisades Collection LLC
Acct No xxxx-xxxx-xxxx-2652
PO Box 1244
Englewood Cliffs, NJ 07632

Pat and Katie O'Donnell
13301 Vicky St
Plainfield, IL 60585

Pat and Katie O'Donnell
13301 Vicky St
Plainfield, IL 60585

Paypal
Acct No xxxxxxxx-xxx-xx0-P92
PO Box 45950
Omaha, NE 68145-0950

Robert Freeman DDS
Acct No xxxxxx0191
4685 Lakeview Canyon Rd
Westlake Village, CA 91361-4028

USAA Credit Card Services
Acct No xxxx-xxxx-xxxx-8143
PO Box 65020
San Antonio, TX 78265-5020

USAA Credit Card Services
Acct No xxxx-xxxx-xxxx-5296
PO Box 65020
San Antonio, TX 78265-5020

USAA Federal Savings Bank
Acct No xxxxxx2094
10750 McDermott Freeway
San Antonio, TX 78288-9876

Village of Downers Grove
801 Burlington Ave
Downers Grove, IL 60515

Wayne M. Cuchna, Ltd.
1776A Naperville Road, Suite 200
Wheaton, IL 60189

Wells Fargo Education Fin Svcs
Acct No xxxxx-x3458
PO Box 5185
Sioux Falls, SD 57117-5185

Wells Fargo Education Fin Svcs
Acct No xxxxxx0101
PO Box 5185
Sioux Falls, SD 57117-5185

Wells Fargo Home Mortgage
Acct No xxxxxx6989
PO Box 10335
Des Moines, IA 50306

Zwicker & Associates PC
Acct No xxxx-xxxx-xxxx-5837
80 Minuteman Rd
Andover, MA 01810-1008

Zwicker & Associates PC
Acct No xxxx-xxxx-xxxx-6754
80 Minuteman Rd
Andover, MA 01810-1008

```
Zwicker & Associates PC
Acct No xxxx-xxxx-xxxx-0258
80 Minuteman Rd
Andover, MA 01810-1008

Zwicker & Associates PC
Acct No xxxx-xxxx-xxxx-6265
80 Minuteman Rd
Andover, MA 01810-1008
```